1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN  DIVISION

| | |
|---|---|
| TERRY L. NEWMAN, | ) CV 07-6023-AG (SH) |
| | ) |
| Petitioner, | ) JUDGMENT |
| | ) |
| v. | ) |
| | ) |
| TOMMY FELKER, Warden HDSP, | ) |
| | ) |
| Respondent. | ) |
| | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: January 31, 2009

_____
ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE

1